In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00045-CR
_____

CHAD MITCHELL CARTHRAE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 5
Montgomery County, Texas
Trial Cause No. 12-275065

## MEMORANDUM OPINION

On January 25, 2013, Chad Mitchell Carthrae filed a notice of appeal from a sentence imposed on December 17, 2012. The notice of appeal was filed with the trial court more than thirty days from the date of sentencing and outside the time for requesting an extension of time for filing the notice of appeal. We notified the parties that the notice of appeal did not appear to have been timely filed. The appellant did not file a response.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It does not appear that the appellant obtained an out-of-time appeal from the Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, the appeal is dismissed for want of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered March 13, 2013
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.